UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                 :

       -against-                                        :            12-CR-266 (WHP)

DIONNE RAUL GONZALEZ,                      :            ORDER

              Defendant.         :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States Senior District Judge:

       The Court having received defendant's pro se compassionate release motion, appoints Telemachus P. Kasulis, Esq. to confer with the Defendant and if appropriate, to pursue any applications for release relating to the COVID-19 pandemic.

Dated: September 8, 2020
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.